STATE OF NEW JERSEY v. KEITH WILLIAMS.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL DASH.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. ELIJAH COLEMAN.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR GARCIA.

September 16, 1975. Petition for certification denied.

ULYSSES G. BROOKS v.
WHEATONS PLASTI-COTE CORPORATION.

September 16, 1975. Petition for certification denied.

JULIANA NESSINE v. HOWE MYRTLE REALTY COMPANY.

September 16, 1975. Petition for certification denied.